IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CANDICE J. ROSENBERG,

    Petitioner,

                                    JUDGMENT IN A CIVIL CASE

v.                                        Case No. 10-cv-85-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.


_Peter Oppeneer_                              3/8/10
Peter Oppeneer, Clerk of Court                Date